**David M. KISSI, Plaintiff—Appellant,**

v.

**Paul CLEMENT, U.S. Solicitor General; Peter J. Messitte; Mrs. Messitte, Defendants—Appellees.**

No. 08–8272.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 15, 2009.

Decided: Jan. 26, 2009.

David M. Kissi, Appellant Pro Se.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David M. Kissi appeals the district court's order dismissing his complaint for failure to comply with Fed.R.Civ.P. 8(a)(2) and 8(d)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Kissi v. Clement,* No. 8:08–cv–02447–RWT (D.Md. Sept. 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*AFFIRMED.*